1
2
3
4                                      **JS-6**
5
6
7
8              **UNITED STATES DISTRICT COURT**
9
10             **CENTRAL DISTRICT OF CALIFORNIA**
11

| GERALD JANSEN, SHERRY JANSEN, | ) **CASE NO. CV 12-03202 SJO (SHx)** |
|---|---|
| | ) *[Assigned to the Hon. S. James Otero in Courtroom 1]* |
| Plaintiffs, | ) |
| | ) **ORDER RE: STIPULATION TO** |
| vs. | ) **DISMISS ALL CAUSES OF ACTION** |
| | ) **OF PLAINTIFF SHERRY JANSEN** |
| COUNTY OF LOS ANGELES, GLYNNDEAN SUGGS, JUANITA THOMAS, DANIEL KLOCMAN, DOES 1-10 inclusive, | ) **ONLY WITH PREJUDICE** |
| | ) |
| | ) **Complaint Filed:** April 12, 2012 |
| | ) |
| | ) **TRIAL DATE:** August 6, 2013 |
| Defendants. | ) |

The Court, having reviewed the Parties' Stipulation to Dismiss All Causes of Action of Plaintiff Sherry Jansen, hereby orders that the action as to Sherry Jansen be dismissed with prejudice as to all defendants pursuant to Federal Rule of Civil Procedure 41.

///

///

///

///

*18189*

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax    (626) 243-1111

1

**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS SHERRY JANSEN**

1  Each party shall bear her, his, or its own fees and costs in connection with the
2  dismissals and waivers that are subject to this order.
3      IT IS SO ORDERED.

5      April 10, 2013
6  DATED: _____      *S. James Otero* (signature)
    _____
7      THE HONORABLE S. JAMES OTERO
    Judge of the United States District Court

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

18189

2

**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS SHERRY JANSEN**